SILAS W. CRANDALL, Respondent, v. A. B. LEACH & COMPANY, INCORPORATED, and Others, Appellants.— Stay pending appeal granted, upon condition that the appeal shall b  argued or submitted not later than November twenty-first. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

W. H. ROWERDINK & SON, Appellant, v. J. B. VAN DEVEER & SON, INCORPORATED, Respondent, Impleaded with Others.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs by December fifteenth, and shall be ready for argument at the opening of the January term.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. NICHOLAS J. E. WESSELMANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EMMETT R. RUPERT, Respondent, v. LEON J. LEVIKER, Appellant.— Judgment affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES W. DAVIS, Respondent, v. WILLIAMSVILLE DISTRICT PROPERTIES, INC., Appellant.— Order affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOSEPH W. DENZINGER and Another, Respondents, v. EDWARD J. KRAMER and Another, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and matter remitted to the Special Term upon the ground that the order of reference to determine the amount of damage suffered by the defendant because of the injunction did not permit the referee to determine that the moving party had not suffered damages because of the breach of the contract; that the only matter before the referee was the computation of damages suffered because of the granting of the injunction.   This decision, of course, does not prejudice the right of the parties to move to open the trial of the original action for the purpose of introducing such evidence upon the question as they are advised.   All concur.   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER A. JONES, Appellant.— Judgment of conviction affirmed.   All concur.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Claim of NETTIE MURRAY, Respondent, against THE ESTATE OF HENRY MOESER, Deceased, Appellant.— Decree modified by reducing the amount allowed to claimant to seventy-seven dollars and seventy-five cents, and as so modified affirmed, without costs of this appeal to either party, on the ground that the case disclosed no sufficient evidence to sustain the decree except as to the amount paid for insurance premiums.   All concur.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOHN BARAN, as Administrator, etc., of FLOYD BARAN, Deceased, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concur.   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.